BEFORE THE SECOND DIVISION, JANUARY 8, 1964

No. 68214.—Webrib Steel Corp. and Hico Corp. of American (Webrib Steel Corp.) v. United States, protests 58/14278 and 63/5515 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiffs was sustained.

No. 68215.—The Banton Corporation and H. B. Thomas & Co. v. United States, protests 62/18952 and 62/15760 (San Francisco).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of nails, not less than 1 inch in length nor smaller than sixty-five one-thousandths of an inch in diameter, similar in all material respects to those the subject of *Acme Pallet Co., Inc.* v. *United States* (49 Cust. Ct. 154, C.D. 2378), the claim of the plaintiffs was sustained.

No. 68216.—United China & Glass Co. v. United States, protests 62/3158 and 61/4983 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cocktail Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.